188

## DUNELLEN BOARD OF EDUCATION v. DUNELLEN EDUCATION ASSN.

November 14, 1972. Certification to Commissioner of Education granted.

## MICHAEL HORNYAK v. GREAT ATLANTIC AND PACIFIC TEA COMPANY.

November 14, 1972. Petition for certification granted.

## LEHIGH ASSOCIATES, LTD. v. CAMDEN LIME COMPANY.

November 28, 1972. Petition for certification denied.

## STATE OF NEW JERSEY v. BEATRICE ALSTON.

November 28, 1972. Petition for certification denied.

## DOROTHY KIMLEY v. EDWARD WHITTAKER.

November 28, 1972. Petition for certification granted.

## STATE OF NEW JERSEY v. SAMUEL SHEFFIELD.

November 28, 1972. Petition for certification granted.